STATE EX REL. BOSSLER, RELATOR AND RESPONDENT, *v.* EDWARDS, MAYOR, ETC., DEFENDANT AND APPELLANT.

(No. 2,800.)

STATE EX REL. FARNAM, RELATOR AND RESPONDENT, *v.* EDWARDS, MAYOR, ETC., DEFENDANT AND APPELLANT.

(No. 2,801.)

(Submitted November 30, 1909.   Decided December 7, 1909.)

[106 Pac. 705.]

*Appeals from District Court, Lewis and Clark County; Frank Henry, Judge of the Sixth Judicial District, presiding.*

APPLICATIONS for *mandamus* by the state, on the relation of William F. Bossler and George Farnam, against Frank J. Edwards, as mayor of the city of Helena, Montana.   From judgments awarding the writ and denying defendant's motion for a new trial, defendant appeals.   Affirmed.

*Mr. Edward Horsky,* for Appellant.

*Mr. Wm. T. Pigott,* and *Mr. Massena Bullard,* for Respondents.

Causes submitted on briefs and oral argument in causes numbered 2752 and 2799, *ante,* pp. 287, 313.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

The questions submitted for decision in these cases are identical with those presented in *State ex rel. Quintin* v. *Edwards, ante,* p. 287, 106 Pac. 695, and *State ex rel. Bailey* v. *Edwards, ante,* p. 313, 106 Pac. 703, the decision of the district court in both being the same as in the others. The judgment for plaintiff and the order denying defendant's motion for a new trial in each of them are therefore affirmed.

*Affirmed.*

Mr. Justice Smith concurs.

Mr. Justice Holloway: I dissent for the reasons given in my dissenting opinion in *State ex rel. Quintin* v. *Edwards, ante,* p. 287, 106 Pac. 695.